UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>CYNTHIA LOZANO,<br> dba CLozano Income Tax,<br><br>                              Defendant. | Case No.: 18-CV-1487 JLS (NLS)<br><br>**ORDER VACATING HEARING AND SETTING BRIEFING SCHEDULE ON MOTION FOR ENTRY OF DEFAULT**<br><br>(ECF Nos. 7, 8, 9) |

At the request of Plaintiff United States of America, *see* ECF No. 5, the Clerk of the Court entered default against Defendant Cynthia Lozano, dba CLozano Income Tax, on November 13, 2018. *See* ECF No. 6. On March 11, 2019, after nearly four months without Plaintiff moving for default judgment pursuant to Civil Local Rule 55.1, the Court set this matter for dismissal on April 11, 2019. *See* ECF Nos. 7–8. Plaintiff has subsequently filed a Motion for Entry of Default Judgment and Permanent Injunction (the "Motion") on April 2, 2019. *See* ECF No. 9.

In light of Plaintiff's filing of the Motion, the Court **VACATES** the hearing pursuant to Civil Local Rule 55.1 set for April 11, 2019. The Court also concludes that the Motion is appropriate for determination on the papers without oral argument and therefore **VACATES** the hearing on the Motion presently set for May 11, 2019. *See* CivLR 7.1(d)(1). Defendant **SHALL FILE** an Opposition to the Motion on or before April 25,

1  2019.  Plaintiff **MAY FILE** a Reply in support of its Motion, if any, <u>on or before May 2,</u>
2  <u>2019</u>.

3       **IT IS SO ORDERED.**

5  Dated:  April 9, 2019

                                              Hon. Janis L. Sammartino
                                              United States District Judge